NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

C&J GLOBAL INVESTMENTS, INC., a )
Florida Corporation, )
                                  )
      Petitioner, )
                                  )
v. )                Case No. 2D17-2749
                                  )
JVS CONTRACTING, INC., a Florida )
Corporation; CHICAGO TITLE )
INSURANCE AGENCY, a Nebraska )
Corporation; CAPGAIN PROPERTIES, )
INC., formerly known as Big Mojo Capital, )
Inc., a corporation organized under the )
laws of the Province of Alberta, Canada; )
CAPGAIN HOLDINGS, INC., formerly )
known as Capgain Properties, Inc., a )
corporation organized under the laws of the )
Province of Alberta, Canada; MICHAEL )
LOPRIENO and BRIAN KNIGHT, )
                                  )
      Respondents. )
_____)

Opinion filed April 13, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Polk County; Randall C.
McDonald, Senior Judge.

Donald J. Schutz, St. Petersburg, for
Petitioner.

Michael R. D'Onofrio of The D'Onofrio Law
Firm, P.A., Naples; and Jonathan B. Sbar
of Rocke, McLean & Sbar, P.A., Tampa,
for Respondent JVS Contracting, Inc.

No appearance for remaining
Respondents.


PER CURIAM.

Dismissed.



SILBERMAN, CRENSHAW, and BADALAMENTI, JJ., Concur.